UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT TARLESSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>  Defendants. | Case No. 19-cv-07693-JD<br><br>**ORDER TO SHOW CAUSE** |

This 2019 case has been languishing with no apparent effort by plaintiff Roosevelt Tarlesson to bring it to a resolution. To get the case back on track, the Court set a status conference for February 2, 2023. Dkt. No. 68. Counsel for Tarlesson did not appear and the absence was unexcused. Dkt. No. 71.

The docket indicates that Tarlesson has been less than diligent in handling discovery and moving this litigation forward. *See, e.g.*, Dkt. Nos. 38, 40, 47, 63. Aside from the status conference, the most recent substantive development was in January 2022, when Tarlesson filed a motion to withdraw deemed admissions under Federal Rule of Civil Procedure 36 after he did not respond to them. Dkt. No. 51. The Court vacated all pretrial and trial dates, and re-opened discovery on a limited basis until June 27, 2022, so that Tarlesson could provide amended discovery responses and defendants could depose him about the responses. Dkt. No. 62.

At the end of this period, defendants believed Tarlesson's responses were still inadequate. Dkt. No. 63. The Court invited Tarlesson to respond and extended the limited discovery deadline to August 26, 2022. Dkt. Nos. 65, 66. On August 30, 2022, counsel for Tarlesson filed a letter stating that "Plaintiff's counsel has met and conferred with Defense counsel regarding this discovery issue and has agreed to amend the discovery responses with the goal of resolving this

1 discovery issue. Plaintiff's counsel will submit these amended discovery responses to the
2 Defendants." Dkt. No. 67. The Court heard nothing more from the parties.

3       Consequently, Tarlesson is ordered to show cause in writing by **February 16, 2023**, why
4 the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to
5 prosecute. A failure to meet this deadline will result in dismissal under Rule 41(b).

6       **IT IS SO ORDERED.**

7 Dated: February 6, 2023

_____
JAMES DONATO
United States District Judge